# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**AHMED IBRAHIM**                                                                                                    **PLAINTIFF**

**v.**                                            **CASE NO. 3:21-CV-00032-BSM**

**KMN MART LLC and**
**RAFEEK AEZAH**                                                                                                 **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 14] and Federal Rule of Civil Procedure 41, Ahmed Ibrahim's complaint is dismissed with prejudice. The parties will bear their own attorneys' fees, expenses, and costs.

IT IS SO ORDERED this 4th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE