IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AHMED IBRAHIM                                                                                    PLAINTIFF

v.                                    CASE NO. 3:21-CV-00032-BSM

KMN MART LLC and
RAFEEK AEZAH                                                                                DEFENDANTS

## JUDGEMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE